# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHENO TAYLOR | § | Case No. 3:21-pq-945 |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| SYNGENTA CROP PROTECTION LLC, SYNGENTA AG, AND CHEVRON U.S.A., INC., | § | MDL No. 3004 |
| | § | |
| *Defendants*. | § | |

## NOTICE OF VOLUNTARY DISMISSAL OF CHEVRON U.S.A., INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

COMES NOW Plaintiff Cheno Taylor, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby requests that the above-captioned matter is voluntarily dismissed without prejudice as to Defendant Chevron U.S.A., Inc. **ONLY**.

DATED: June 29, 2023

Respectfully submitted,

**NACHAWATI LAW GROUP**

By: */s/ Gibbs C. Henderson*
Gibbs C. Henderson
IL Bar No. 6314687
TX Bar No. 24041084
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax. (214) 890-0712
ghenderson@ntrial.com

1

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been served by means of electronic filing to counsel of record this 29th day of June, 2023.

By: /s/ Gibbs C. Henderson